UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ENTERED
JUN 0 6 2008
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1476-DFH-WTL |
| ) | |
| SULPHUR SPRINGS STOCKYARDS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER ON MOTION TO DISMISS

Defendant's motion to dismiss is hereby denied. The complaint alleges a claim arising under federal law, and the United States is the plaintiff, seeking a civil penalty for defendant's alleged failure to file annual reports required under the Packers and Stockyards Act. The court therefore has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1345, and 1355. The complaint also states a claim for relief. Section 402 of the Packers and Stockyards Act, 7 U.S.C. § 222, incorporates remedial provisions of the Federal Trade Commission Act, 15 U.S.C. §§ 46, 48-50, and those provisions to do not require prior administrative adjudication before the government seeks relief.

So ordered.

Date: June 6, 2008

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Jill E. Zengler
Assistant United States Attorney
jill.zengler@usdoj.gov

Margaret A. Schutte
Assistant United States Attorney
margaret.schutte@usdoj.gov

Thomas Maurice Beeman
tom@beemanlawoffice.com